UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERTO GONZALEZ-AYALA,

        Petitioner,

v.

MICHAEL CHERTOFF, *et al.*,

        Respondents.

CASE NO. C05-1749-RSL-JPD

ORDER GRANTING MOTION FOR
TEMPORARY RESTRAINING ORDER

The Court, having reviewed Petitioner's Motion for Temporary Restraining Order, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's Motion for Temporary Restraining Order (Dkt. #2) is GRANTED;

(3)    This matter is REMANDED to the Seattle Immigration Court for the purpose of providing petitioner with an individualized bond hearing pursuant to INA § 236(a) within <u>10 days of the date of this Order</u>; and

(4)    The Clerk shall send a copy of this Order to all counsel of record, and to the Honorable James P. Donohue.

DATED this 14th day of November, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER – 1